ACCEPTED
14-14-00400-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/18/2015 4:53:23 PM
CHRISTOPHER PRINE
CLERK

**No. 14-14-00400-CR**
In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

————————◆————————

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/18/2015 4:53:23 PM

CHRISTOPHER A. PRINE
Clerk

**No. 1396108**
In the 182nd District Court
Of Harris County, Texas

————————◆————————

**ELADIO CASTRO NAJERA**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

————————◆————————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged the appellant with one count of possession of a controlled susbtance, and the jury found the appellant guilty (CR –5, 9, 69, 71-2; 3 RR 209). The trial court sentenced him to two years in the Texas Department of Criminal Justice, Institutional Division, probated for five years of community supervision (CR –71-6; 4 RR 4-5). The appellant filed a timely notice of appeal, and the trial court certified that

he had the right to appeal (CR – 78-80). The State's brief was due on February 19, 2015. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. This case was abated for the trial court to make findings of fact and conclusions of law, and was reinstated on January 20, 2015.

b. The record in this case is over five megabytes in length split over six volumes and will take some time to process.

c. The undersigned attorney was involved in completing the following written appellate projects since the appellant filed his brief:

| (1) | *Presented at "Prosecutor Trial Skills Course" by TDCAA in Austin, Texas on January 5, 2015* |
|-----|------------------------------------------------------------------|
| (2) | James Jones v. The State of Texas<br>No. 01-14-00415-CR<br>Brief Due January 19, 2015 |
| (3) | Terrio Holiday v. The State of Texas<br>No. 14-14-00467-CR<br>Brief Due January 20, 2015 |
| (4) | Jesus Escobar v. The State of Texas<br>No. 01-13-00496-CR<br>Brief Due February 2, 2015 |
| (5) | Brian Victorian v. The State of Texas<br>No. 01-13-01004-CR<br>Brief Due February 11, 2015, *ext'd* March 16, 2015 |
| (6) | Tiquisha Carrol v. The State of Texas<br>No. 14-14-00178-CR<br>Brief Due February 11, 2015 |
| (7) | William Delacruz v. The State of Texas<br>No. 01-14-00606-CR<br>Brief Due February 16, 2015 |
| (8) | Manuel Rivera-Sanchez v. The State of Texas<br>No. 01-14-00415-CR<br>Brief Due February 27, 2015 |

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case

Respectfully submitted,

/s/ *Katie Davis*
**KATIE DAVIS**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Maverick Ray
1419 Franklin, 2nd Floor
Houston, TX 77002
281-947-2007/p
713-714-2225/f
maverickraylaw@gmail.com

/s/ *Katie Davis*

**KATIE DAVIS**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

Date:  February 18, 2015